# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| COLUMBIA MHC East LLC, et al., | ) |
| Plaintiff, | ) Case No. 1:19-cv-01613 |
| v. | ) Judge Dan Aaron Polster |
| MELODY J. STEWART, et al., | ) **OPINION & ORDER** |
| Defendants. | ) |

Plaintiffs filed the instant action on July 15, 2019. Doc #: 1. The Complaint's allegations arise from an Opinion from the Ohio Court of Appeals issued on December 20, 2018 and names three sitting Ohio judges as defendants. *See* Compl. ¶¶ 5-7; 17. Judges are absolutely immune for acts undertaken in their official capacity. *Studer v. Heeter*, 869 F.2d 1493 (6th Cir. 1989). Thus, Plaintiffs do not have a cognizable claim. Accordingly, the Court sua sponte **DISMISSES** this action **WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                               */s/ Dan Aaron Polster July 17, 2019*
                                               **DAN AARON POLSTER**
                                               **UNITED STATES DISTRICT JUDGE**